**Chester W. Wallace, appellee, v. Edward C. Blanko, appellant. Gen. No. 30,501.**

Action for broker's commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Lupe, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 2, 1926.

Soelke, Johnson & Koehn, for appellant; Joseph Lewi, of counsel. Wyman, Hopkins, McKeever & Colbert, for appellee; Austin L. Wyman, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**Charles O. Patton, appellee, v. Milton Hart, appellant. Gen. No. 30,538.**

Action for breach of contract. Appeal by defendant from order denying motion to vacate default. Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926.

Pennish & Rashbaum, for appellant; William Friedman, of counsel. Joseph H. Hinshaw, for appellee; Wadsworth Watts, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**Samuel B. Sprecher, trading as Continental Lace Curtain Mills, appellee, v. B. Byster, trading as Byster Bros., appellant. Gen. No. 30,575.**

Judgment by confession upon notes. Appeal from denial of motion to vacate. Appeal from the Superior Court of Cook county; the Hon. Walter P. Steffen, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926. Rehearing denied March 15, 1926.

Isidore Brown, for appellant; Rudolph Frankenstein, of counsel. Kamfner, Horwitz, Halligan & Daniels, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**Harry Freifeld, appellee, v. Hyman Ehrenberg et al., appellants. Gen. No. 30,584.**

Suit for breach of contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. L. P. Harriss, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and judgment of *nil capiat* entered. Opinion filed March 2, 1926.

Rosenberg, Cohen & Zimmerman and Benjamin E. Cohen, for appellants. Fred H. Kay and Samuel Blair, for appellee.

Mr. Justice McSurely delivered the opinion of the court.